# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER HUGHES, | ) |
| Plaintiff, | ) Case No. 2:14-cv-01495-APG-GWF |
| vs. | ) **ORDER** |
| PAUL SMITH LAS VEGAS, LLC, | ) |
| Defendant. | ) |

This matter is before the Court on the Notice of Violation of Special Order 109 (#11) on October 27, 2014, addressed to Plaintiff's counsel Shawn A. VanWagenen. Section 1.B. of the Courts' Electronic Filing Procedures (enacted pursuant to Special Order 109) states, in part, "Attorneys who are admitted to the bar of this court, admitted to participate in a case pro hac vice, or who are authorized to represent the United States and its agencies, shall register as Filing Users of the System". To date, Mr. VanWagenen has not complied. Accordingly,

**IT IS ORDERED** that Mr. VanWagenen shall register with CM/ECF and a "Notice of Compliance with Special Order 109" shall be completed and filed no later than five (5) days from the date of this Order. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 28th day of October, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge