Deverie Christensen, Bar # 6596
christensend@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*
*Paul Smith Las Vegas, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER HUGHES, an individual;<br><br>Plaintiff,<br><br>v.<br><br>PAUL SMITH LAS VEGAS, LLC,<br><br>Defendant. | Case No.: 2:14-cv-01495-APG-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Jennifer Hughes, by and through her counsel, Hague Sutton Law Corporation, and Defendant Paul Smith Las Vegas, LLC, by and through its counsel, Jackson Lewis P.C., that the above entitled matter be dismissed with prejudice, each party to bear their own attorney fees and costs.

Dated February 4, 2015                                    Dated February 4, 2015

SUTTON HAGUE LAW CORPORATION          JACKSON LEWIS P.C.


*/s/ Jared Hague*                                              */s/ Deverie J. Christensen*
S. Brett Sutton, Esq.                                        Deverie J. Christensen, Esq.
Jared Hague, Esq.                                            3800 Howard Hughes Pky., Suite 600
6720 Via Austi Parkway, Suite 430                Las Vegas, Nevada 89169
Las Vegas, Nevada 89119                              *Attorneys for Defendant*
*Attorneys for Plaintiff*

**ORDER**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled matter is dismissed with prejudice and each party to bear their own attorney fees and costs. This Court shall retain jurisdiction over any disputes arising out of the out-of-court resolution of this matter.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: February 5, 2015.